*Teresa Jean*
BILLIOT, KEVIN MICHAEL                                              09-10172

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

**VOID AFTER 90 DAYS**    106
60-249 / 433

TID #380290
MICHAEL CHIASSON
P.O. BOX 1666
MANDEVILLE LA 70470

| Case | Debtor |
|---|---|
| 09-10172 A | BILLIOT, KEVIN MICHAEL |
| 92000256413866 | BILLIOT, TERESA JEAN |
| COMBINED SMALL CHECK | |

Date  01/12/2011        $ **********17.16

~~~Seventeen Dollars and 16/100

Pay to the Order of  U.S. Bankruptcy Court

MICHAEL CHIASSON, Trustee

⑈000000106⑈ ⑆043302493⑆ 92000256413866⑈

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 228088     - KL
** C O P Y **
January 13, 2011
16:02:02

UNC.UNDER$25
09-10172

Debtor.: KEVIN MICHAEL BILLIOT
Trustee: Michael Chiasson
Amount.:                  $17.16 CH
Check#.: 106

Total-> $17.16

FROM: CHIASSON

1/13/11
Deposit 106000
Various Claimants.

*CVogel*

Printed: 01/12/11 08:58 AM

Page: 1

# Claims Distribution Small Checks

Case: 09-10172 - BILLIOT, KEVIN MICHAEL

Trustee: MICHAEL CHIASSON (380290)

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 200025641 3866 | | | | | | Payee: U.S. Bankruptcy Court | | | Check Amount: | $17.16 |
| | 106 | 01/12/11 | 2 -1 | 02/11/09 | 610 | CREDIT CORPCAN EXPRESS CENTURIAN BANK | 926.36 | 926.36 | 3.39 | 3.39 |
| | | | 5 -1 | 02/26/09 | 610 | NORTH OAKS HEALTH SYSTEM | 504.25 | 504.25 | 1.85 | 1.85 |
| | | | 8 -1 | 03/13/09 | 610 | eCAST SETTLEMENT - CAPITAL ONE BAN | 599.22 | 599.22 | 2.19 | 2.19 |
| | | | 12 -1 | 04/29/09 | 610 | CREDIT FIRST USA | 982.37 | 982.37 | 3.60 | 3.60 |
| | | | 14 -1 | 11/12/09 | 610 | CREDIT FIRST N A | 1,036.75 | 1,036.75 | 3.80 | 3.80 |
| | | | 15 -1 | 12/31/09 | 610 | FROST ARNETT | 636.12 | 636.12 | 2.33 | 2.33 |

(*) Denotes objection to Amount Filed